# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RICHARD KNAAK,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>UNIFUND CCR LLC, DISTRESSED ASSET PORTFOLIO III LLC, GLOBAL CREDIT COLLECTION CORPORATION, and KOHN LAW FIRM SC,<br><br>　　　　　　　　　　　Defendants. | Case No. 19-CV-952-JPS<br><br><br>**ORDER** |

On September 16, 2019, the plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs assessed to any party. (Docket #4). The Court will adopt that notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The plaintiff's pending class certification motion, (Docket #3), will be denied as moot.

Accordingly,

**IT IS ORDERED** that the plaintiff's notice of voluntary dismissal (Docket #4) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party; and

**IT IS FURTHER ORDERED** that the plaintiff's class certification motion (Docket #3) be and the same is hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 17th day of September, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge